1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  California Bar No. 149883
   Assistant United States Attorney
5  Chief, Asset Forfeiture Section
        U.S. Courthouse, 14th Floor
6       312 N. Spring Street
        Los Angeles, CA 90012
7       Telephone: (213)894-6166
        Facsimile: (213)894-7177
8       E-Mail: steven.welk@usdoj.gov

9  Attorneys for Plaintiff
   United States of America

10

FILED
CLERK U.S. DISTRICT COURT
DEC - 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

11              UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13
   UNITED STATES OF AMERICA,        )  NO.  CV 07-3319 SVW (JTLx)
14                                  )
           Plaintiff,               )
15                                  )  [PROPOSED]
           v.                       )
16                                  )  ORDER GRANTING PLAINTIFF'S EX
   3,481 FIREARMS AND ASSORTED      )  PARTE APPLICATION TO FILE
17 AMMUNITION,                      )  OPPOSITION TO MOTIONS TO STRIKE
                                    )  PORTIONS OF COMPLAINT AND FOR
18         Defendants.              )  JUDGMENT ON THE PLEADINGS ON
   _____)  DECEMBER 4, 2007
19 MICHAEL    ANTHONY    VIRGILIO;  )
   ELIZABETH    ANN    VIRGILIO;    )
20 RABENSAR, INC; BROWNING ARMS     )
   COMPANY,                         )
21                                  )
           Claimants.               )
22 _____)

23      Plaintiff United States of America has applied ex parte for an

24 order allowing it to file its opposition to the motion by claimants

25 Michael Anthony Virgilio, Elizabeth Ann Virgilio and Rabensar, Inc

26 to strike portions of the complaint and for judgment on the

27 pleadings on December 4, 2007, one day after the due date of

28 December 3, 2007.

1  The Court, having considered the application, and good cause appearing therefor, hereby **GRANTS** the application. The government's opposition, which was timely served by mail, and was served electronically on all opposing counsel on December 3, 2007, shall be accepted for filing on December 4, 2007, and considered timely.

DATED: December 6, 2007

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Submitted by

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On December 3, 2007, I served an **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO FILE OPPOSITION TO MOTIONS TO STRIKE PORTIONS OF COMPLAINT AND FOR JUDGMENT ON THE PLEADINGS ON DECEMBER 4, 2007** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:
Bruce Colodny, Esq.
Law Offices of Bruce Colodny
P.O. Box 10787
San Bernardino, CA 92423-0787
(VIA E-MAIL ONLY)

Stephen P. Halbrook, Esq.
Law Offices of Stephen P. Halbrook
10560 Main Street
Suite 404
Fairfax, VA 22030

_X_ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___ Via Hand Delivery

___ Via Fax

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: December 3, 2007 at Los Angeles, California.

Deena R. Bowman