**DECLARATION OF STEVEN R. WELK**

I, Steven R. Welk, declare:

1. I am an Assistant United States Attorney for the Central District of California, and the attorney primarily responsible for the representation of the United States in this action. I have personal knowledge of the facts stated herein and, if asked to do so, could and would competently testify thereto.

2. Approximately two years ago, ATF Special Agent Amy McLeod, the case agent for this case, was transferred to Atlanta, Georgia, where she is currently stationed. Despite her transfer, SA McLeod remains the case agent in this matter, and is expected to testify at any trial of the matter. I expect to rely upon her extensively over the course of this case in preparing for trial.

3. At about the same time as SA McLeod's transfer, ATF attorney Pamela Hicks was transferred to ATF Headquarters in Washington. Despite the transfer, Ms. Hicks remained an important member of the government's trial team in this matter, having been involved in the underlying investigation leading to the seizure of the defendants, as well as the preparation of both the initial complaint and the government's response to claimants' motion for judgment on the pleadings. Ms. Hicks attended the hearing on the motion. Approximately six months ago, Ms. Hicks accepted a position as a Trial Attorney in the Criminal Division of the Department of Justice. She has been assigned to assist in the prosecution of this case, and will second chair any trial of this matter.

4. I believe that it is necessary to meet with both SA McLeod and Ms. Hicks in confirming whether the filing of an

1  amended complaint is appropriate in this case, and drafting any
2  such amended complaint.  I have a vacation scheduled for December
3  20, 2010 through January 3, 2011 that was planned in the Spring
4  of 2010.

5       5.   I am also lead government counsel in the case entitled
6  <u>United States v. $186,416.00 in U.S. Currency (United Medical
7  Caregivers Clinic, claimant)</u>, C.A. No. 07-56549.  On December 2,
8  2010, the panel in the appellate matter called for further
9  briefing on the effect of a recent Supreme Court case on a
10 previously briefed issue.  The claimant's opening brief is due on
11 December 23; the government's response is due on January 13,
12 2011.  I have primary responsibility for that brief.

14      I declare under penalty of perjury under the laws of the
15 United States that the foregoing is true and correct.  Executed
16 this 16th day of December 2010 at Los Angeles, California.

18                              _____/S/_____
                                AUSA Steven R. Welk

6