Law Offices of Bruce Colodny
BRUCE COLODNY-BAR NO. 107125
bruce.colodny@verizon.net
ERIC H. ARCHER-BAR NO. 75714
ericharcher@yahoo.com
1881 Business Center Dr., Suite 8-B
P.O. Box 10787
San Bernardino, California 92423-0787
(909) 862-3113

Law Offices of Stephen P. Halbrook
STEPHEN P. HALBROOK - PRO HAC VICE
protell@aol.com
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
Tel. (703) 352-7276
Fax (703) 359-0938

Attorneys for Claimants
Elizabeth Ann Virgilio, Michael Anthony Virgilio,
and Rabensar, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>3,481 FIREARMS AND ASSORTED AMMUNITION,<br><br>　　　　　Defendants.<br><br>MICHAEL ANTHONY VIRGILIO, ELIZABETH ANN VIRGILIO; RABENSAR, INC.; BROWNING ARMS COMPANY,<br>　　　　　Claimants. | Case No.: CV 07-3319-SVW (JTLx)<br><br>**STIPULATION AND REQUEST TO EXTEND DUE DATE FOR APPROPRIATE RESPONSIVE PLEADINGS TO FIRST AMENDED COMPLAINT FOR FORFEITURE UNTIL APRIL 8, 2011; DECLARATION OF CLAIMANT'S PRO HAC VICE ATTORNEY STEPHEN P. HALBROOK**<br><br>**NO HEARING REQUIRED** |

On February 7, 2011, the Government filed its First Amended Complaint for Forfeiture. This would make February 22, 2011 the deadline for filing an answer or other responsive pleading to the first amended complaint. The Claimants have requested that the Government join in this stipulated request that the Claimants have an additional 45 days to file an answer or other appropriate responsive pleadings, until April 8, 2011. The Government has agreed to join in the request.

The Claimants seek the additional time for the following reasons:

On December 8, 2010, almost three years after Claimants motions were heard and taken under submission on December 17, 2007 (there was a lengthy stay of this forfeiture action until the criminal investigation and subsequent criminal case against Claimant Elizabeth Ann Virgilio was disposed of), the Court entered its order granting Claimants' motion for judgment on the pleadings with leave to amend, giving the government permission to file an amended complaint within 30 days of the order. At the request of the Government, which was joined in by the Claimants, and pursuant to stipulation of the parties, on December 16, 2011, the Court signed an order extending the deadline for the filing of an amended complaint from January 7, 2011 to until February 7, 2011.

On February 7, 2011, the Government filed its First Amended Complaint for Forfeiture. However, because this was a 181 page document consisting of a 72 page first amended complaint plus exhibits, verification and proof of service, a copy was not attached to the email filing notification sent by Court Clerk to the Claimant's attorneys nor was a copy initially available on the PACER system. Therefore, Claimant's attorneys did not receive a copy direct from the Government until late on February 9, 2011.

The Claimants anticipate they may file a motion to dismiss pursuant to Fed. Rules of Civ. Proc., Rule 12, in lieu of an answer. Due to the large and expanded number of various factual allegations and legal claims set forth in the 72 page first amended complaint, the passage of over three years time since Claimants filed their answer to the initial complaint and their motions to strike and judgment on the pleadings, and the November 7, 2007, death of Claimant Michael Ann Virgilio, Claimants will be required

to review their files and the records of the two retail gun stores which were closed after the service of seizure warrants on March 22-23, 2007. Claimants attorneys are located in Virginia, Nevada and California and therefore must communicate via email and conference calls with each other, and with both Elizabeth Ann Virgilio, both in her capacity as a claimant and as successor co-trustee of the trust(s) of deceased Claimant Michael Anthony Virgilio, and the attorney who is the other successor co-trustee.

For the above-listed reasons, the Claimants respectfully request that the Court extend the due date for an answer or other appropriate response pleadings to the first amended complaint to April 8, 2011. The Government does not oppose the requested extension.

The parties further stipulate and request as follows: Claimants Michael Anthony Virgilio, Elizabeth Ann Virgilio and Rabensar, Inc., will file a motion to dismiss pursuant to F.R. Civ.P. 12 in lieu of an answer. Following this Court's decision on any such motion to dismiss pursuant to F.R. Civ.P. 12, Claimants Elizabeth Ann Virgilio or Rabensar, Inc., or the successors or representatives of the estate and trust(s) of claimant Michael Anthony Virgilio, deceased, or their counsel, may file and serve the statement of the fact of death and a motion to dismiss based on the death of Michael Anthony Virgilio

///

and abatement of the forfeiture claim against his property, or, in the alternative, a motion to substitute for said deceased claimant, pursuant to F.R.Civ.P. 25.

DATED: February 17, 2011

BRUCE COLODNY
STEPHEN P. HALBROOK
ERIC H. ARCHER

Attorneys for Claimants
Michael and Elizabeth Virgilio, and
Rabensar, Inc.

DATED: February 17, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/S/

STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

///