## DECLARATION OF CLAIMANT'S *PRO HAC VICE* ATTORNEY STEPHEN P. HALBROOK

I, Stephen P. Halbrook, declare:

1. I am Pro Hac Vice Counsel for Claimants Elizabeth Ann Virgilio, Michael Anthony Virgilio, and Rabensar, Inc., and I am the attorney primarily responsible for research, writing and oral arguments in this action. I have personal knowledge of the facts stated herein and, if asked to do so, could and would competently testify thereto.

2. My law office is located in Fairfax, Virginia. Claimants' Attorney Bruce Colodny, who is responsible for most contact with our clients and counsel for the Government, as well as for filing and administrative tasks, has his primary law office location in San Bernardino, California and because Mr. Colodny has an active criminal defense practice, he is frequently in court during morning hours and does not return to his office until after I have left my law office on the East Coast. Claimants' Attorney Eric H. Archer and our clients are also located on the West Coast. Therefore, there is some delay in our ability to communicate which is often accomplished by email and conference calls.

3. I am still performing my initial review of the 72 page First Amended Complaint for Forfeiture. I have delegated some of the necessary analysis of the expanded factual allegations to the other counsel for Claimants as well as to both Elizabeth Ann Virgilio, both in her capacity as a claimant and as successor co-trustee of the trust(s) of deceased Claimant Michael Anthony Virgilio, and the attorney who is the other successor co-trustee. I did not receive a copy of the first amended complaint until the evening of February 9, 2011. It sets forth numerous additional factual allegations and new legal

///

claims which will require laborious and time-consuming research and writing to prepare the anticipated motion to dismiss pursuant to F.R. Civ.P. 12.

4. For the above reasons, I believe that it is critical that I have the requested extension.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Fairfax, Virginia.

Dated: February 17, 2011

Stephen P. Halbrook
Law Offices of Bruce Colodny
Law Offices of Stephen P. Halbrook

Attorneys for Claimants
Michael and Elizabeth Virgilio, and Rabensar, Inc.

///