1  Law Offices of Bruce Colodny
2  BRUCE COLODNY-BAR NO. 107125
   bruce.colodny@verizon.net
3  ERIC H. ARCHER-BAR NO. 75714
   ericharcher@yahoo.com
4  1881 Business Center Dr., Suite 8-B
   P.O. Box 10787
5  San Bernardino, California 92423-0787
   (909) 862-3113
6
   Law Offices of Stephen P. Halbrook
7  STEPHEN P. HALBROOK - PRO HAC VICE
   protell@aol.com
8  3925 Chain Bridge Road, Suite 403
9  Fairfax, VA 22030
   Tel. (703) 352-7276
10 Fax (703) 359-0938
11
   Attorneys for Claimants
12 Elizabeth Ann Virgilio, Michael Anthony Virgilio,
   and Rabensar, Inc.
13

FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CV 07-3319-SVW (JTLx) |
| Plaintiff, | **ORDER EXTENDING UNTIL APRIL 8, 2011 DUE DATE FOR APPROPRIATE RESPONSIVE PLEADINGS TO FIRST AMENDED COMPLAINT FOR FORFEITURE** |
| vs. | |
| 3,481 FIREARMS AND ASSORTED AMMUNITION, | |
| Defendants. | |
| MICHAEL ANTHONY VIRGILIO, ELIZABETH ANN VIRGILIO; RABENSAR, INC.; BROWNING ARMS COMPANY, | |
| Claimants. | |

The parties have made a stipulated request that the Claimants' deadline to file an answer or other appropriate response pleadings in this matter be extended from February

22, 2011 until April 8, 2011. Good cause appearing therefore, the request is hereby granted. The Claimants' deadline to file an answer or other appropriate responsive pleadings to the first amended complaint for forfeiture is extended to April 8, 2011.

The parties also recognize that Claimants Michael Anthony Virgilio, Elizabeth Ann Virgilio and Rabensar, Inc., may file a motion to dismiss pursuant to F.R. Civ.P. 12 in lieu of an answer. The parties request that following this Court's decision on any such a motion to dismiss pursuant to F.R. Civ.P. 12 in lieu of an answer which does not dispose of the case, Claimants Elizabeth Ann Virgilio or Rabensar, Inc., or the successors or representatives of the estate and trust(s) of claimant Michael Anthony Virgilio, deceased, or their counsel, be permitted to file and serve the statement of the fact of death and a motion to dismiss based on the death of Michael Anthony Virgilio and abatement of the forfeiture claim against his property, or, in the alternative, a motion to substitute for said deceased claimant, pursuant to F.R.Civ.P. 25. That request is also granted. Any such motion shall be filed with 45 days of the entry of an order denying a motion to dismiss pursuant to F.R. Civ.P. 12 in lieu of an answer.

DATED: Feb 22, 2011

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Prepared by:

Law Offices of Bruce Colodny
Law Offices of Stephen P. Halbrook

_____
BRUCE COLODNY

Attorneys for Claimants
Michael and Elizabeth Virgilio, and Rabensar, Inc.

///

///

///