## DECLARATION OF AUSA STEVEN R. WELK

I, Steven R. Welk, declare:

1. I am an Assistant United States Attorney for the Central District of California, and am one of the attorneys responsible for the representation of the United States of America in this action. The facts stated herein are within my personal knowledge and, if asked to do so, I could and would testify competently thereto.

2. Attached hereto as exhibit A is a true and correct copy of an order entered on September 13, 2010 in the civil forfeiture action entitled *United States v. 206 Firearms, etc., et al.*, case no. CV 09-9235 MMM (CD California).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of April, 2011 at Los Angeles, California.

```
                    /S/
              _____
              STEVEN R. WELK
```