Law Offices of Bruce Colodny
BRUCE COLODNY-BAR NO. 107125
bruce.colodny@verizon.net
ERIC H. ARCHER-BAR NO. 75714
ericharcher@yahoo.com
1881 Business Center Dr., Suite 8-B
P.O. Box 10787
San Bernardino, California 92423-0787
(909) 862-3113

Law Offices of Stephen P. Halbrook
STEPHEN P. HALBROOK - PRO HAC VICE
protell@aol.com
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
Tel. (703) 352-7276
Fax (703) 359-0938

Attorneys for Claimants
Elizabeth Ann Virgilio, Michael Anthony Virgilio,
and Rabensar, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>3,481 FIREARMS AND ASSORTED AMMUNITION,<br><br>　　　　Defendants.<br>_____<br>MICHAEL ANTHONY VIRGILIO, ELIZABETH ANN VIRGILIO; RABENSAR, INC.; BROWNING ARMS COMPANY,<br>　　　　Claimants. | Case No.: CV 07-3319-SVW (JTLx)<br><br>**ORDER CONTINUING JUNE 13, 2011 HEARING FOR ORAL ARGUMENTS ON CLAIMANTS MOTION TO DISMISS TO JUNE 20, 2011** |

　　The parties have made a stipulated request to continue the June 13, 2011 hearing for oral arguments on the Claimants' Motion to Dismiss to July 18, 2011 on grounds that

1  following notice, on June 2, 2011, that the Court had determined that this Motion was
2  suitable for determination without oral argument and had vacated the June 13, 2011
3  hearing, the attorneys for the Claimants and the Government who had been preparing for
4  oral argument, both of whom are located in the Washington, D.C. area, each cancelled
5  their flight reservations and each scheduled other matters on the East Coast during the
6  period of time they would have been in Los Angeles, or in transit for, the June 13, 2011
7  hearing.  Good cause appearing therefore, the request is hereby granted.  The June 13,
8  2011 hearing for oral argument on the Claimants' Motion to dismiss is continued to 1:30
9  pm, June 20, 2011.

DATED: June 9, 2011                           _____
                                              THE HONORABLE STEPHEN V. WILSON
                                              UNITED STATES DISTRICT JUDGE

Prepared by:

Law Offices of Bruce Colodny
Law Offices of Stephen P. Halbrook


____/s/_____
BRUCE COLODNY

Attorneys for Claimants
Michael and Elizabeth Virgilio, and Rabensar, Inc.

///