```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  California Bar No. 149883
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
         U.S. Courthouse, 14th Floor
 6       312 N. Spring Street
         Los Angeles, CA 90012
 7       Telephone: (213)894-6166
         Facsimile: (213)894-7177
 8       E-Mail: steven.welk@usdoj.gov

 9  Attorneys for Plaintiff
    United States of America
10
```

FILED
CLERK U.S. DISTRICT COURT
SEP 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>3,481 FIREARMS AND ASSORTED AMMUNITION,<br><br>       Defendants.<br>_____<br>MICHAEL ANTHONY VIRGILIO,<br>ELIZABETH ANN VIRGILIO;<br>RABENSAR, INC; BROWNING ARMS COMPANY,<br><br>       Claimants. | NO. CV 07-3319 SVW (JTLx)<br><br>[~~PROPOSED~~] <br><br>**ORDER CONTINUING PRE-TRIAL CONFERENCE AND TRIAL DATES** |

     The parties have made a stipulated request that the Pre-Trial Conference, currently scheduled for October 31, 2011, and Trial, currently scheduled for November 8, 2011, be continued to April 30, 2012 and May 8, 2012, respectively. Good cause appearing therefor, the request is hereby granted. The previously scheduled dates are hereby ordered VACATED. The final

1  Pre-Trial conference in this matter is scheduled for April 30,
2  2012 at [~~time~~] 3:00pm, and the Trial is set for May 8, 2012 at [~~time~~] 9:00am.
3  IT IS SO ORDERED.  Claimants shall file their intended abatement
4  / substitution motion by September 30, 2011, for hearing on
5  November 21, 2011.  Claimants shall file their Answer to the
6  First Amended Complaint no later than 45 days after the
7  determination of the abatement / substitution motion.  The
8  government's opposition shall be filed no later than October 24,
9  2011, and Claimants' reply no later than November 7, 2011.

11  DATED:  9/13/11

12                                    THE HONORABLE STEPHEN V. WILSON
                                      UNITED STATES DISTRICT JUDGE

13  Prepared by:
14
    ANDRÉ BIROTTE JR.
15  United States Attorney
    ROBERT E. DUGDALE
16  Assistant United States Attorney
    Chief, Criminal Division
17

18          /S/
    STEVEN R. WELK
19  Assistant United States Attorney
    Chief, Asset Forfeiture Section
20
    Attorneys for Plaintiff
21  United States of America