1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | ROBERT E. DUGDALE
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | California Bar No. 149883
Assistant United States Attorney
5 | Chief, Asset Forfeiture Section
    U.S. Courthouse, 14th Floor
6 |     312 N. Spring Street
    Los Angeles, CA 90012
7 |     Telephone: (213)894-6166
    Facsimile: (213)894-7177
8 |     E-Mail: Steven.Welk@usdoj.gov

9 | JENNIFER SHASKY CALVERY
Chief
10 | PAMELA J. HICKS
Senior Trial Attorney
11 | KRISTEN M. WARDEN
Trial Attorney
12 | Asset Forfeiture and Money Laundering Section
13 | U.S. Department of Justice, Criminal Division
    1400 New York Ave., NW,
14 |     Washington, DC 20530
    Telephone: (202) 514-1263
15 |     Facsimile: (202) 514-5522

16 | Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CV 07-3319 SVW (JTLx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| 3,481 FIREARMS AND ASSORTED AMMUNITION, | JS - 6 |
| Defendants. | |
| MICHAEL ANTHONY VIRGILIO; ELIZABETH ANN VIRGILIO; RABENSAR, INC; | |

| | |
|---|---|
| 1 | Claimants.                    ) |
| 2 | _____) |

This action was initiated on May 21, 2007. (DN 1). Timely claims and a joint answer were filed by claimants Michael Anthony Virgilio,[1] Elizabeth Ann Virgilio and Rabensar, Inc. (collectively, "Claimants") (DN 4-6, 14). A First Amended Complaint ("FAC") was filed on February 7, 2011. (DN 51). Notice was given and published in accordance with law. There are no unresolved claims outstanding other than those of Claimants. No other claims or answers were filed, and the time for filing claims and answers has expired. Plaintiff and Claimants, the only remaining parties, have reached an agreement that is dispositive of the action. The parties have requested that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law. All potential claimants to the defendants except Claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.   The defendant firearms listed below, representing the personal firearms of claimants Michael Anthony and Elizabeth Ann

---

[1] Michael Anthony Virgilio died on November 7, 2007. His interests in this action are being pursued through the Estate of Michael Anthony Virgilio and the Michael and Elizabeth Virgilio Family Trust, which the parties agree are legal successors in interest to Michael Anthony Virgilio for purposes of this action.

2

1 Virgilio, shall not be forfeited to the United States, but shall
2 be released to a designated Federal Firearms Licensee ("FFL"),
3 who shall take custody of the listed defendants from the
4 government and proceed to sell them.[2]  The listed firearms shall
5 not be returned to any of the Claimants, directly or indirectly,
6 and Claimants shall not purchase or otherwise acquire any of the
7 listed firearms, either from the designated FFL or any other
8 person or entity.[3]

115-33, 135-55, 871, 873, 897, 980, 987-88, 992-93, 995, 1000, 1152, 1164-65, 1167, 1173, 1205, 1211, 1331, 1348-49, 1354, 1408, 1412-13, 1418-20, 1427-28, 1430, 1535, 1757, 1766, 1768, 1770, 1772-73, 1775, 1777, 1785-86, 1791, 1793, 1796, 1803-05, 1807, 1811, 1839-41, 1843, 1845, 1860-65, 1869, 1882, 1884, 1886, 2194-96, 2198-99, 2201, 2203, 2205, 2207-08, 2210, 2212-15, 2217, 2226-27, 2229, 2235-37, 2240, 2242-44, 2289-91, 2295-97, 2302, 2405, 2423, 2494, 2500, 2504, 2666-67, 2672-73, 2733, 2742, 2757, 2887, 2899, 2902, 2906, 2978-79, 2988, 2994, 3097, 3104, and 3109-10.[4]

Proceeds from the sale of the above firearms shall be paid to Cruz Saavedra and Elizabeth Ann Virgilio, Co-Trustees of the Michael and Elizabeth Virgilio Family Trust.  All such sales shall be conducted in accordance with all applicable laws.

---

[2]  Claimants shall, within 10 days of entry of this Judgment, provide government counsel with the names and addresses of three FFLs.  The government will select one of those three as the designated FFL.

[3] The numbers in the list below correspond to the numbers assigned to the defendant firearms in exhibits A to the First Amended Complaint.

[4]  The government has determined that one of the defendant firearms (134) was reported stolen by a third party prior to the seizure.  While none of the claimants is alleged to have been involved in or to have known of the theft, it is the government's intent to return that firearm to the rightful owner.  The firearm will either be remitted to the party who reported it stolen or, should it be determined that said person is not the proper party to receive the firearm, to one of the claimants.

1    4.   The remainder of the defendant firearms and the entirety
2 of the defendant ammunition, representing the entire inventory of
3 Rabensar, Inc. (doing business as Boulevard Sales and Service in
4 Compton and Oak View, California), shall be forfeited to the
5 United States of America, and no other right, title or interest
6 shall exist therein.  The Bureau of Alcohol, Tobacco, Firearms
7 and Explosives ("ATF") is ordered to dispose of the forfeited
8 firearms and ammunition in accordance with law.
9    5.   Claimants have released the United States of America,
10 its agencies, agents, and officers, including employees and
11 agents of the ATF, from any and all claims, actions or
12 liabilities arising out of or related to this action, including,
13 without limitation, any claim for attorneys' fees, costs or
14 interest which may be asserted on behalf of the Claimants,
15 whether pursuant to 28 U.S.C. § 2465 or otherwise.  Each party
16 waives any right to appeal.
17    6.   The Court finds that there was reasonable cause for the
18 seizure of the defendants and institution of these proceedings.
19 This judgment shall be construed as a certificate of reasonable
20 cause pursuant to 28 U.S.C. § 2465.
21    7.   The Court retains jurisdiction over this case and the
22 parties hereto to effectuate the terms of this Consent Judgment.

DATED: May 3, 2012

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: May 1, 2012     ANDRÉ BIROTTE JR.
                       United States Attorney
                       ROBERT E. DUGDALE
                       Assistant United States Attorney
                       Chief, Criminal Division

                            /s/
                       _____
                       STEVEN R. WELK
                       Assistant United States Attorney
                       Chief, Asset Forfeiture Section

                       Attorneys for Plaintiff
                       United States of America

DATED: May 1, 2012


                            /s/
                       _____
                       CRUZ SAAVEDRA
                       BRUCE COLODNY

                       Attorneys for Claimants

5